**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Mark BENDER, Defendant-Appellant,**

No. 16-50021

United States Court of Appeals, Ninth Circuit.

Submitted December 14, 2016 \*

Filed December 20, 2016

Jean-Claude Andre, Assistant U.S. Attorney, Julius J. Nam, Assistant U.S. Attorney, Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff-Appellee

Michael Tanaka, Deputy Federal Public Defender, FPDCA—Federal Public Defender's Office (Los Angeles), Los Angeles, CA, for Defendant-Appellant

Before: WALLACE, LEAVY, and FISHER, Circuit Judges.

## MEMORANDUM \*\*

Mark Bender appeals from the district court's judgment and challenges a special condition of supervised release imposed upon revocation of his supervised release. We have jurisdiction under 28 U.S.C. § 1291. We review for abuse of discretion, *United States v. Rudd*, 662 F.3d 1257, 1260

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

(9th Cir. 2011), and we vacate and remand for resentencing.

Bender challenges the special condition of supervised release that prohibits him from having any contact with minors other than family members, with the exception of frequenting locations, such as restaurants, that may employ minors. The district court did not explain its reasons for imposing this condition, nor are its reasons apparent from the record. *See United States v. Collins*, 684 F.3d 873, 890 (9th Cir. 2012). The only allegations in the record that referenced a minor were contained in a dismissed charge that Bender specifically disputed and that the district court expressly declined to consider. Accordingly, we remand to the district court to either vacate the condition or provide sufficient justification for it. *See id.* at 892.

**VACATED and REMANDED.**

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.